June Hopkins-Saia, 1148651, FC-1 and for Brendan Lautissier, 1148610; SH   7/18/20
Guilford Cty Jail Central                                              Updated: Revised from 7/19
201 S. Edgeworth St.                                                   Case: Extradition
Greensboro, NC 27401                                                   Case No.: 1:19-mj-00378-LPA

FILED JUL 21 2020 Clerk U.S. District Court Greensboro, NC

Dear Judge Auld,

I hope that you and your family enjoyed a lovely weekend.

My son, Brendan Lautissier, and I are in our 8th month of imprisonment in the Guilford Cty Jail, nearly 48 months in total under judicial control. During this 4 year period, we have always maintained our innocence.

We are law-abiding U.S. Citizens born in America, and having ancestors who fought to create and found our great nation. Neither Brendan, nor I have ever even received a Speeding Ticket.

The Boarders between the U.S. and France have been closed for several months prohibiting Extradition. Three weeks ago, the European Union re-opened its Boarders, however, made a statement formally denying entry into Europe from the U.S.A. To enter France from the U.S.A. would constitute an illegal action as France is under E.U. law. Therefore, our Extradition to France is not legally possible, nor has it been for several months now. Yet, Brendan and I are still being detained against our will for Extradition to France which has become an illegal act.

It is unlawful and unjust to imprison us in order to do an illegal purpose or action. AUSA should have requested our release once the Boarders of our two countries were closed to help prevent the spread of COVID-19, approximately 4 to 5 months ago.

Dr. Fauci, a well respected expert, recently stated that we are "Still Knee deep in Stage One" of COVID-19; we are still in the strong grips of the Pandemic. In fact, it is getting worse in most of the U.S., not better.

The CDC, Center for Disease Control, made a recent statement that half of all COVID-19 test results are flawed. The test results incorrectly showing false positives and false negatives for the virus. The CDC further stated that we could not expect a viable vaccine for at least 3 years. In addition, there are those that are asyst asymptomatic who are carriers of COVID-19. No one can

predict when France's Boarders will be re-opened to the USA again, even AUSA.

I have now been informed that AUSA has presented an indictment to the court, 2½ months past their deadline of April 30th. I wish to protest their indictment being allowed by the court as AUSA did not properly comply within the given timeline.

However, there is a much more pressing and valid issue here which severly questions the current legality of these Extradition Proceedings in their entirety. Since Extradition to France is not legally possible, then Extradition Proceedings are no longer lawful either. Due to the final objective of Extraditing U.S. Citizens into France. With all due respect, this unlawful procedure would be akin to commiting conspiracy; Strictly speaking, conspiring with the objective being an illegal action. Clearly, the intent is not to commit a crime, however, the final result would still be unlawful.

In addition, the State Department would logically need to conclude that a Treaty for Extradition can only be valid if the Boarders are open to allow for Extradition. They are not, so the current Treaty is no longer valid.

French law states that a trial can take place without our presence. France is not being denied a trial by us not being Extradited to their country. Extradition is not needed.

At this point, it is my contention that Brendan's and my Civil Liberties and Human Rights to Freedom are being violated. Therefore, I respectfully and very humbly demand our immediate release from jail and from further Extradition Proceedings.

Additionally, this unlawful imprisonment is causing us to suffer great financial and psychological hardships. Ongoing bills are left unpaid; no new source of income; and damaged credit. We are normally locked-down 22-24 hours per day making it difficult to forget the tortures that we suffered and endured under French imprisonment.

I therefore, sincerely plea for your gracious compassion and mercy in granting our humble and respectful demand for Brendan's and my immediate release from Guilford Jail and from further Extradition Proceedings.

Thank You,

June Hopkins Walsh

June Hopkins Saia Walsh and for Brendan Lautissier.